2016-0784 (La. 9/16/16)

**John PETERS**

v.

**RAY-BAR CONSTRUCTION, LLC, Gilchrist Construction Company, LWCC, Our Lady of the Lake Regional Medical Center and Travelers Casualty Insurance Company**

**NO. 2016-C-0784**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Office of Workers' Compensation District 5, No. 13-03118; to the Court of Appeal, First Circuit, No. 2015 CA 230

Denied.

JOHNSON, C.J., would grant.

WEIMER, J., would grant.